**2007–0809.  State v. Mallette.**
Cuyahoga App. No. 87984, 2007-Ohio-715. On motion for leave to file delayed appeal. Motion granted.
  LUNDBERG STRATTON and O'CONNOR, JJ., dissent.

**2007–0886.  David P. v. Kim D.**
Lucas App. No. L–06–1164, 2007-Ohio-1865. On motion for stay of court of appeals' judgment. Motion denied.
  CUPP, J., dissents.

**2007–0923.  State v. Bieser.**
Licking App. No. 06CA00045, 2007-Ohio-1960. On motion for stay of court appeals' judgment. Motion denied.
  O'CONNOR, LANZINGER and CUPP, JJ., dissent.

## APPEALS ACCEPTED FOR REVIEW

**2007–0411.  Bartchy v. State Bd. of Edn.**
Franklin App. No. 06AP–697, 2007-Ohio-300. Discretionary appeals of Cincinnati City School District and State Board of Education accepted.
  O'CONNOR, J., would accept the appeal of Cincinnati City School District on Proposition of Law No. I only.
  O'DONNELL and CUPP, JJ., dissent.

**2007–0452.  Allstate Ins. Co. v. Cleveland Elec. Illum. Co.**
Cuyahoga App. No. 87781, 2007-Ohio-157. Discretionary appeal accepted. Motions for admission pro hac vice of Lynn K. Weaver and Mark S. Grotefeld by Leslie E. Wargo granted.

**2007–0456.  State v. Rich.**
Stark App. No. 2006 CA 00171, 2007-Ohio-362. Discretionary appeal accepted; cause held for the decision in 2007–0052, *State v. Simpkins*, Cuyahoga App. No. 87692, 2006-Ohio-6028; and briefing schedule stayed.

**2007–0459.  Bonham v. Hamilton.**
Butler App. No. CA2006–02–030, 2007-Ohio-349. Discretionary appeal accepted; cause held for the decision in 2006–1262, *Houck v. Bd. of Park Commrs., Huron Cty. Park Dist.*, Huron App. No. H–05–018, 2006-Ohio-2488; and briefing schedule stayed.
  PFEIFER, J., would accept the appeal without holding.
  LANZINGER and CUPP, JJ., dissent.

**2007–0469.  State v. Mansfield.**
Medina App. No. 06CA0022–M, 2007-Ohio-333. Discretionary appeal accepted on Proposition of Law No. I; cause held for the decision in 2006–1245 and 2006–1383, *State v. Payne*, Franklin App. No. 05AP–517, 2006-Ohio-2552; and briefing schedule stayed.
  MOYER, C.J., would also accept the appeal on Proposition of Law No. II.

**2007–0525.  Nadra v. Mbah.**
Franklin App. No. 06AP–829, 2007-Ohio-501.
  O'DONNELL, J., would accept the appeal on Proposition of Law No. I only.
  PFEIFER and CUPP, JJ., dissent.

**2007–0639.  State v. Mutter.**
Montgomery App. No. 21374, 2007-Ohio-1052. Discretionary appeal accepted; cause held for the decision in 2006–2187, *Hyle v. Porter*, Hamilton App. No. C–050768, 2006-Ohio-5454; cause consolidated with 2007–0637, *State v. Mutter*, Montgomery App. No. 21374, 2007-Ohio-1052; and briefing schedule stayed.
  PFEIFER and O'CONNOR, JJ., dissent.